JAMES C. JEWETT et al., Appellants, *v.* WILLIAM C. PICKERS-
GILL, Respondent.

(Submitted June 5, 1884; decided June 17, 1884.)

*Cecil Campbell Higgins* for appellants.

*Joseph Larocque* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

96b 649<br>132 153

BENJAMIN M. STILWELL, Appellant, *v.* THE MAYOR, ALDER-
MEN AND COMMONALTY OF THE CITY OF NEW YORK, Re-
spondent.

(Argued June 6, 1884 ; decided June 17, 1884.)

*Charles P. Miller* for appellant.

*D. J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.